LAWRENCE BREWSTER, Regional Solicitor
DANIELLE L. JABERG, Counsel for ERISA
D.C. Bar No. 46386
jaberg.danielle@dol.gov
90 Seventh St., Suite 3-700
San Francisco, CA 94103-1516
Phone (415) 625-7740
Fax (415) 625-7772

PAMELA W. MCKEE, Assoc. Reg. Solicitor
California Bar No. 219825
mckee.pamela@dol.gov
350 So. Figueroa St., Suite 370
Los Angeles, CA 90071
Phone (213) 894-2681
Fax (213) 894-2064

EVAN H. NORDBY, Trial Attorney
Washington Bar No. 35937
nordby.evan@dol.gov
1111 Third Avenue, Suite 945
Seattle, WA 98101
Phone (206) 553-0940
Fax (206) 553-2768

Office of the Solicitor, U.S. Dep't of Labor
Attorneys for the Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of the United States Department of Labor,<br><br>      Plaintiff,<br> vs.<br><br>PEDRO "PETER" ESCOBAL, an individual; GAYLE ESCOBAL, an individual; UNIVERSAL AQUARIUM SYSTEMS, INC., a California Corporation; AQUATRONICS, INC., a California Corporation; and the UNIVERSAL AQUARIUM SYSTEMS D/B/A AQUATRONICS 401K PLAN, an employee benefit plan,<br><br>      Defendants. | Case No.: CV 07-2706-DSF(RCx)<br><br>**CONSENT JUDGMENT & ORDER** |

Plaintiff ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR ("Secretary") pursuant to her authority under §§ 502(a)(2) and (5) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(a)(2) and (5), has filed a Complaint against Defendants Pedro "Peter" Escobal, an individual; Gayle Escobal, an individual; Universal Aquarium Systems, Inc., a California Corporation; Aquatronics, Inc., a California Corporation; and the Universal Aquarium Systems D/B/A Aquatronics 401k Plan, an employee benefit plan (the "Plan").[1]

A.  The parties admit that the Court has jurisdiction over this action pursuant to ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1), and that venue lies in the Central District of California pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2).

B.  The parties have agreed that this Consent Judgment & Order shall fully settle all claims of the Secretary asserted in the Complaint and further agree to the entry of this Consent Judgment & Order.

IT IS HEREBY **ORDERED**, **ADJUDGED**, and **DECREE**D that:

1.  Defendants Pedro "Peter" Escobal, Gayle Escobal, Universal Aquarium Systems, Inc., and Aquatronics, Inc. are permanently enjoined and restrained from violating the provisions of Title I of ERISA, 29 U.S.C. §§ 1001-1191c.

2.  Subject to the terms set forth in Paragraph 4, *infra*, Defendants Pedro "Peter" Escobal and Gayle Escobal are hereby removed as fiduciaries to the Plan.

3.  Defendants Pedro "Peter" Escobal and Gayle Escobal are hereby permanently enjoined and restrained from future service as a fiduciary of, or

---

[1] The Plan is named in the Secretary's Complaint solely as a party necessary for complete relief pursuant to Fed. R. Civ. P. 19(a).

service provider to, any other ERISA-covered employee benefit plan.

4. Defendant Gayle Escobal shall retain and exercise only such fiduciary authority necessary to effect the orderly termination of the Plan, including, but not limited to, the authority necessary to allocate and distribute the Plan's assets. Upon final distribution of all the Plan's assets, Defendant Gayle Escobal shall be removed from her position as fiduciary/trustee of the Plan.

5. To comply with the distribution and termination requirements set forth in Paragraph 4, *supra*, no later than twenty calendar days following the entry of this Consent Judgment & Order, Defendant Gayle Escobal shall provide a copy of this Consent Judgment & Order along with any other necessary written instructions and/or authorizations to Nationwide Trust Company, FSB, and/or Benefit Planning, Inc. Defendant Gayle Escobal is further required to provide Plaintiff with copies of all written communications she has with Nationwide Trust Company, FSB, and/or Benefit Planning, Inc. in carrying out the orderly termination of the Plan as set forth *infra*.

6. Defendant Gayle Escobal is required to fully cooperate with Nationwide Trust Company, FSB, and/or Benefit Planning, Inc. in carrying out the orderly termination of the Plan.

7. All submissions to Plaintiff required by this Consent Judgment shall be sent to the following address:

> Regional Director
> Employment Benefits Security Administration
> Los Angeles Regional Office
> 1055 East Colorado Blvd., Suite 200
> Pasadena, CA 91106-2341

8. The Secretary and Defendants shall each bear their own costs, expenses, and attorneys' fees incurred to date in connection with any stage of this proceeding, including but not limited to attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

9. Defendants expressly waive any and all claims of any nature which they have or may have against the Secretary, the Department of Labor, or any of its officers, agents, attorneys, employees or representatives, arising out of or in connection with the allegations contained in the Complaint on file in this action, any other proceedings or investigation incident thereto or based on the Equal Access to Justice Act, as amended.

10. Nothing in this Consent Judgment is binding on any governmental agency other than the United States Department of Labor.

11. This Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment & Order.

12. By signing their names to this Consent Judgment & Order, the parties represent that they are informed and understand the effect and purpose of this Consent Judgment & Order.

The Court directs the entry of this Consent Judgment & Order as a final order.

IT IS SO ORDERED.

Dated: 7/11/08

*Dale S. Fischer*

United States District Judge

Entry of this Consent Judgment is hereby consented to:

Dated: 6/13/08

GREGORY F. JACOB
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DANIELLE L. JABERG
Counsel for ERISA

PAMELA W. MCKEE,
Associate Regional Solicitor

By: *[signature]*
Evan H. Nordby
Trial Attorney

Attorneys for the Plaintiff

Defendants consent to the entry of this Consent Judgment.

Dated: _____

_____
Pedro "Peter" Escobal, Individually
and as President of Universal
Aquarium Systems, Inc. and
Aquatronics, Inc.

Dated: 1/31/08

*[signature]*
Gayle Escobal, Individually
and as Trustee of the Universal
Aquarium Systems, Inc., 401(k) Plan