LAWRENCE BREWSTER, Regional Solicitor
DANIELLE L. JABERG, Counsel for ERISA
D.C. Bar No. 46386
jaberg.danielle@dol.gov
90 Seventh St., Suite 3-700
San Francisco, CA 94103-1516
Phone (415) 625-7740
Fax (415) 625-7772

DANIEL CHASEK, Acting Assoc. Reg. Solicitor
California Bar No. 186968
chasek.daniel@dol.gov
350 So. Figueroa St., Suite 370
Los Angeles, CA 90071
Phone (213) 894-2681
Fax (213) 894-2064

EVAN H. NORDBY, Trial Attorney
Washington Bar No. 35937
nordby.evan@dol.gov
1111 Third Avenue, Suite 945
Seattle, WA 98101
Phone (206) 553-0940
Fax (206) 553-2768

Office of the Solicitor, U.S. Dep't of Labor
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of the United States Department of Labor,[1] | Case No.: CV 07-2706-DSF(RCx) |
| Petitioner, | ORDER ADJUDICATING DEFENDANT-RESPONDENT GAYLE ESCOBAL IN CIVIL CONTEMPT |
| vs. | |
| PEDRO "PETER" ESCOBAL, an individual; GAYLE ESCOBAL, an individual; UNIVERSAL AQUARIUM SYSTEMS, INC., | |

---

[1] Hilda L. Solis was confirmed as Secretary of Labor on February 24, 2009, and is substituted as Plaintiff-Petitioner in this action. See Fed. R. Civ. P. 25(d).

*(Proposed) Order Adjudicating Defendant-Respondent*
*Gayle Escobal In Civil Contempt*                                                                                             Page 1 of 3

| | |
|---|---|
| 1 | a California Corporation; AQUATRONICS, ) |
| 2 | INC., a California Corporation; and the ) |
| | UNIVERSAL AQUARIUM SYSTEMS D/B/A ) |
| 3 | AQUATRONICS 401K PLAN, an employee ) |
| 4 | benefit plan, ) |
| | ) |
| 5 |          Respondents. ) |

Plaintiff-Petitioner, HILDA L. SOLIS, Secretary of Labor, United States Department of Labor (the "Secretary"), having filed her petition for the prosecution by this Court of Defendant-Respondent GAYLE ESCOBAL, an individual, for civil contempt of court; and Defendant-Respondent GAYLE ESCOBAL having failed to show cause pursuant to this Court's February 13, 2009 Order to Show Cause why she should not be held in civil contempt for refusing to comply with the Consent Judgment of this Court entered on July 11, 2008; and good cause appearing therefore; it is hereby

**ORDERED** that Defendant-Respondent is in civil contempt of this Court by virtue of her non-compliance with the Consent Judgment and Order entered by this Court on July 11, 2008 as specified in paragraph 8 of the Secretary's January 15, 2009 Petition for Prosecution of Civil Contempt; and

**ORDERED** that Defendant-Respondent shall pay all expenses incurred by Plaintiff-Petitioner in the preparation and conduct of this contempt proceeding, with Plaintiff-Petitioner to file a Bill of Costs and Attorneys Fees within fifteen (15) calendar days of the date of this Order; and

**ORDERED** that Saakvitne Law Corporation, 532 Colorado Avenue, 2nd Floor, Santa Monica, California, 90401, is appointed as an independent fiduciary with respect to the Universal Aquarium Systems d/b/a Aquatronics 401K Plan (the "Plan") with full discretionary authority to undertake the orderly termination and distribution of the Plan, with any and all reasonable fees and expenses necessary to effectuate the orderly termination and distribution of the Plan charged initially to

the Plan, to be reimbursed to the Plan by Defendant-Respondent, with Plaintiff-Petitioner to file a motion and supporting declaration setting out the final total of such fees and expenses for this Court to enter judgment against Defendant-Respondent for such fees and expenses; and

**ORDERED** that the United States Marshals Service shall forthwith serve copies of this order on Defendant-Respondent.

Dated this 9th day of March, 2009

_____
UNITED STATES DISTRICT JUDGE

Presented by:
UNITED STATES DEPARTMENT OF LABOR

Carol A. DeDeo
Deputy Solicitor for National Operations

Lawrence Brewster
Regional Solicitor

Danielle L. Jaberg
Counsel for ERISA

Daniel Chasek
Acting Associate Regional Solicitor

By: /S/ Evan H. Nordby_____
    Evan H. Nordby
    Trial Attorney

Dated: 3/9/09_____